Todd E. Zenger (5238)
DUREN IP
610 East South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8535
Fax: (801) 869-8539
Email: tzenger@kmclaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ME2 PRODUCTIONS, Inc.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOES 1- 36,<br><br>　　　　　Defendants. | Civil Action No. 2:17-CV-00624-EJF<br><br>Magistrate Judge Evelyn J. Furse<br><br>**NOTICE OF CHANGE OF CORRESPONDENCE** |

Notice is hereby given that counsel for Plaintiff, Todd E. Zenger, has a change of address. Effective November 17, 2017, all pleadings, notices and correspondence in connection with this matter should be addressed to the following:

> Todd E. Zenger
> DUREN IP
> 610 East South Temple Street, Suite 300
> Salt Lake City, Utah 84102
> Phone: (801) 869-8535
> Fax: (801) 869-8539
> Email: tzenger@durenip.com

DATED this 17th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　DUREN IP

　　　　　　　　　　　　　　　　　By:　　/s/Todd E. Zenger
　　　　　　　　　　　　　　　　　　　　Todd E. Zenger

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　LHF PRODUCTIONS, INC.